Commonwealth *v.* Pompey, Appellant.

Before DiBona, J., without a jury.

Submitted June 10, 1974. *John W. Packel,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant; *David Richman, Maxine J. Stotland, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Rauser, Appellant.

Before JOHNSTONE, JR., P. J.

Submitted March 18, 1974. *William C. Haynes,* for appellant; *Michael H. Ranck,* Assistant District Attorney, and *D. Richard Eckman,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.